# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:   Sterling Sr, Frank W
         Sterling, Tiffany S
         Debtors

Case No. 10 B 31278

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/14/2010.

2) The plan was confirmed on 10/25/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/08/2011.

5) The case was dismissed on 08/08/2011.

6) Number of months from filing or conversion to last payment: 9.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $33,010.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

|   |   |
|---|---|
| Total paid by or on behalf of the debtor | $2,025.00 |
| Less amount refunded to debtor | $0 |

**NET RECEIPTS:** $2,025.00

**Expenses of Administration:**

|   |   |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,757.69 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $107.05 |
| Other | $0 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,864.74

Attorney fees paid and disclosed by debtor     $401.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Priority | $5,500.00 | $2,668.83 | $2,668.83 | $0 | $0 |
| EMC Mortgage Corporation | Secured | $1,900.00 | $971.86 | $971.86 | $0 | $0 |
| EMC Mortgage Corporation | Secured | $132,249.00 | $131,775.90 | $131,775.90 | $0 | $0 |
| New Age Chicago Furniture Co | Secured | $300.00 | $2,543.36 | $300.00 | $150.26 | $0 |
| 77th St Depot Federal Credit Union | Unsecured | $2,387.00 | NA | NA | $0 | $0 |
| Aaron Rents | Unsecured | $3,301.00 | $3,301.41 | $3,301.41 | $0 | $0 |
| Americredit Financial Ser Inc | Unsecured | $6,344.00 | $6,344.81 | $6,344.81 | $0 | $0 |
| Americredit Financial Ser Inc | Unsecured | NA | $6,027.55 | $6,027.55 | $0 | $0 |
| Apollo Group | Unsecured | $693.00 | NA | NA | $0 | $0 |
| Arrowhead Investments | Unsecured | $200.00 | NA | NA | $0 | $0 |
| Assoc St James Radiologists | Unsecured | $187.00 | NA | NA | $0 | $0 |
| Bally Total Fitness | Unsecured | $1,712.00 | NA | NA | $0 | $0 |
| Bank Of America | Unsecured | $900.00 | NA | NA | $0 | $0 |
| Barry L Gordon & Assoc | Unsecured | $4,000.00 | $2,013.33 | $2,013.33 | $0 | $0 |
| Chicago Health Club | Unsecured | $1,460.00 | NA | NA | $0 | $0 |
| City Colleges of Chicago | Unsecured | $600.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $9,859.00 | $9,925.34 | $9,925.34 | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
| --- | --- | --- | --- | --- | --- | --- |
| City of Country Club Hills | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Clearwire | Unsecured | $61.00 | NA | NA | $0 | $0 |
| Comcast | Unsecured | $342.00 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $1,049.00 | $3,083.87 | $3,083.87 | $0 | $0 |
| Cook County State's Attorney | Unsecured | $630.00 | NA | NA | $0 | $0 |
| Covenant Mgmt Group | Unsecured | $0 | NA | NA | $0 | $0 |
| Credit Acceptance Corp | Unsecured | $7,644.00 | $7,994.94 | $7,994.94 | $0 | $0 |
| Credit Now Corp | Unsecured | $530.00 | NA | NA | $0 | $0 |
| Crown Lending | Unsecured | $200.00 | NA | NA | $0 | $0 |
| DeVry University | Unsecured | $1,545.00 | $1,545.00 | $1,545.00 | $0 | $0 |
| Dish Network | Unsecured | $237.00 | NA | NA | $0 | $0 |
| EMC Mortgage Corporation | Unsecured | $10,000.00 | $16,824.31 | $16,824.31 | $0 | $0 |
| EMC Mortgage Corporation | Unsecured | NA | $0 | $0 | $0 | $0 |
| Fast Cash | Unsecured | $480.00 | NA | NA | $0 | $0 |
| FCNB Processing Center | Unsecured | $600.00 | NA | NA | $0 | $0 |
| Ffcc Columbus Inc | Unsecured | $169.00 | NA | NA | $0 | $0 |
| Fifth Third Bank | Unsecured | $813.00 | $813.77 | $813.77 | $0 | $0 |
| Galaxy Portfolio | Unsecured | $1,850.00 | $1,878.25 | $1,878.25 | $0 | $0 |
| Global Payments | Unsecured | $500.00 | $500.00 | $500.00 | $0 | $0 |
| Homewood Community Academy | Unsecured | $3,000.00 | NA | NA | $0 | $0 |
| Homewood Flossmoor Dental Care | Unsecured | $298.00 | NA | NA | $0 | $0 |
| Illinois Bell Telephone Company | Unsecured | $431.00 | $2,090.08 | $2,090.08 | $0 | $0 |
| Illinois Dept Of Employment Security | Unsecured | $3,384.00 | $3,439.76 | $3,439.76 | $0 | $0 |
| Illinois State Tollway | Unsecured | $1,627.00 | $6,305.10 | $6,305.10 | $0 | $0 |
| Illinois Student Assistance Commission | Unsecured | $29,664.00 | $9,540.98 | $9,540.98 | $0 | $0 |
| Internal Revenue Service | Unsecured | NA | $2,557.86 | $2,557.86 | $0 | $0 |
| Jerome Citron | Unsecured | $2,392.00 | $2,392.00 | $2,392.00 | $0 | $0 |
| K & S Properties | Unsecured | $117.00 | NA | NA | $0 | $0 |
| Merrill Lynch | Unsecured | $1,700.00 | NA | NA | $0 | $0 |
| Michael Reese Hospital And Medical | Unsecured | $310.00 | NA | NA | $0 | $0 |
| Midwest Bank & Trust | Unsecured | $6,000.00 | NA | NA | $0 | $0 |
| Nationwide Acceptance Corp | Unsecured | $900.00 | NA | NA | $0 | $0 |
| Nationwide Installment Services LLC | Unsecured | $0 | $1,609.00 | $1,609.00 | $10.00 | $0 |
| New Age Chicago Furniture Co | Unsecured | $1,884.00 | $2,243.36 | $2,243.36 | $0 | $0 |
| Nicor Gas | Unsecured | $1,085.00 | $532.95 | $532.95 | $0 | $0 |
| Nicor Gas | Unsecured | NA | $1,116.86 | $1,116.86 | $0 | $0 |
| Peoples Energy Corp | Unsecured | $1,399.00 | $1,790.04 | $1,790.04 | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PLS Financial | Unsecured | $670.00 | NA | NA | $0 | $0 |
| PLS Financial | Unsecured | $500.00 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $220.00 | $327.57 | $327.57 | $0 | $0 |
| Prairie State Bank | Unsecured | $273.00 | NA | NA | $0 | $0 |
| Premier Bankcard | Unsecured | $760.00 | $760.73 | $760.73 | $0 | $0 |
| Professional Recovery System | Unsecured | $1,969.00 | NA | NA | $0 | $0 |
| Radiology Image | Unsecured | $27.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $200.00 | $1,150.00 | $1,150.00 | $0 | $0 |
| RJM Acquisitions LLC | Unsecured | $1,001.00 | $396.34 | $396.34 | $0 | $0 |
| RJM Acquisitions LLC | Unsecured | NA | $604.83 | $604.83 | $0 | $0 |
| Sallie Mae | Unsecured | NA | $573.85 | $573.85 | $0 | $0 |
| Sallie Mae | Unsecured | NA | $25,466.90 | $25,466.90 | $0 | $0 |
| Santander Consumer USA | Unsecured | $5,000.00 | NA | NA | $0 | $0 |
| Sonic | Unsecured | $950.00 | NA | NA | $0 | $0 |
| South Suburban Hospital | Unsecured | $472.00 | NA | NA | $0 | $0 |
| Southwest Bell Mobile Systems | Unsecured | $320.00 | NA | NA | $0 | $0 |
| Sprint Nextel | Unsecured | $426.00 | $3,088.65 | $3,088.65 | $0 | $0 |
| St James Hospital & Health Centers | Unsecured | $2,241.00 | NA | NA | $0 | $0 |
| Suburban Emergency Physician | Unsecured | $125.00 | NA | NA | $0 | $0 |
| Sullivan Urgent Aid Centers | Unsecured | $300.00 | NA | NA | $0 | $0 |
| T Mobile USA | Unsecured | $474.00 | NA | NA | $0 | $0 |
| TCF Bank | Unsecured | $410.00 | NA | NA | $0 | $0 |
| U S Cellular | Unsecured | $1,621.00 | NA | NA | $0 | $0 |
| United Cash | Unsecured | $480.00 | NA | NA | $0 | $0 |
| United States Dept Of Education | Unsecured | $5,855.00 | $5,980.19 | $5,980.19 | $0 | $0 |
| Village of Midlothian | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Western International University | Unsecured | $843.00 | NA | NA | $0 | $0 |
| Western International University | Unsecured | $840.00 | NA | NA | $0 | $0 |
| Woodforest Bank | Unsecured | $400.00 | NA | NA | $0 | $0 |
| Worldwide Asset Purchasing LLC | Unsecured | $315.00 | $504.94 | $504.94 | $0 | $0 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $131,775.90 | $0 | $0 |
| Mortgage Arrearage | $971.86 | $0 | $0 |
| Debt Secured by Vehicle | $0 | $0 | $0 |
| All Other Secured | $41,861.92 | $150.26 | $0 |
| **TOTAL SECURED:** | $174,609.68 | $150.26 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $2,668.83 | $0 | $0 |
| **TOTAL PRIORITY:** | $2,668.83 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $91,162.65 | $10.00 | $0 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,864.74 |
| Disbursements to Creditors | $160.26 |
| **TOTAL DISBURSEMENTS:** | $2,025.00 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: September 20, 2011          By: /s/ MARILYN O. MARSHALL
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (09/01/2009)